Motion GRANTED.
Change of plea hearing RESET for 3/7/2017 at 10:30 a.m.

*[Judge's signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRIC OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: 3:16-cr-143** |
| | ) | |
| | ) | |
| **MICHAEL THOMPSON** | ) | **JUDGE TRAUGER** |

### MOTION TO RESET CHANGE OF PLEA HEARING

Comes now the Defendant, Mr. Michael Thompson, by and through undersigned counsel of record, Mr. Manuel B. Russ, and moves this Honorable Court to reset his change of plea hearing from February 22nd, 2017, at 2 P.M. Mr. Thompson has had several alterations to his plea agreement and the defense feels that additional time to review and explain these changes is necessary to permit a fully knowing and voluntary plea. Subject to the Court's calendar and approval, the defense and the Government have selected March 9th, 2017, as a mutually agreeable date to reschedule this matter. If this date is not acceptable with the Court's calendar, other mutually agreeable dates are also available.

Respectfully Submitted,

/s/ Manuel B. Russ_____
Manuel B. Russ     #23866
Attorney for the Defendant
340 21st Avenue North
Nashville, TN  37203
(615) 329-1919